IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TANDY L. AMBURGEY                                                                                    PLAINTIFF

vs.                                          Civil No. 4:15-cv-04053

CAROLYN COLVIN                                                                                       DEFENDANT
Commissioner, Social Security Administration

## ORDER

Pending now before this Court is Plaintiff's Request for Attorney Fees Under the Equal Access to Justice Act ("EAJA").  ECF No. 21.  Defendant has responded to this Motion and objects to the number of hours claimed by counsel.  ECF No. 22.

Plaintiff, in his Motion for Attorney Fees states he has reduced his requested hours from 47.50 to 42.00 hours, however he has not indicated what entries and hours are being reduced.  Therefore, within fourteen days (14) of this Order, Plaintiff shall file an Amended Motion for Attorney Fees which sets out which entries are being reduced to arrive at the 5.50 hour reduction.  Defendant shall file her Response within fourteen (14) days of receiving Plaintiff's Amended Motion.

**ENTERED** this **22nd day of November 2016.**

                                                                /s/   Barry A. Bryant
                                                               HON. BARRY A. BRYANT
                                                               U.S. MAGISTRATE JUDGE